IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLES EDWARDS,                    )
                                    )
        Plaintiff,                  )
                                    )
vs.                                 )        CV-03-J-1045-S
                                    )
SERGEANT M. E. REYNOLDS and         )
CAPTAIN J. RICHBURG,                )
                                    )
        Defendants.                 )

**ENTERED**

JUL 3 0 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 30, 2004, recommending that the defendants' motion for summary judgment be granted, that the plaintiff's motion for summary judgment be denied, and that this cause be dismissed with prejudice. Plaintiff filed objections on July 27, 2004.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED, plaintiff's motion for summary judgment is due to be DENIED, and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the _30_ day of _July_, 2004.

_____
INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE

